**Motion Granted; Order filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-14-00811-CV
_____

### IN THE MATTER OF THE MARRIAGE OF APRIL A. DISHAW AND DONALD J. DISHAW, JR. AND IN THE INTEREST OF D.J.D., H.A.D., A.B.D., AND D.L.D., CHILDREN

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-199176**

## ABATEMENT ORDER

After a non-jury trial, appellant Donald J. Dishaw, Jr. brings this appeal from a final decree of divorce signed July 7, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. Our record does not contain the requested findings and conclusions.

On November 4, 2014, this court abated the appeal and referred the case to mediation. After the mediator notified this court that no settlement was reached at mediation, we reinstated the appeal on February 5, 2015.

On February 6, 2015, the parties filed a joint motion asking that we again abate the appeal for the trial court to make and file findings of fact and conclusions of law. In addition, the parties request that we direct the trial court to conduct a hearing on appellant's formal bill of exceptions, which was not held earlier, in part, because this court ordered the parties to mediate the case.

Appellant avers in the joint motion that he cannot properly present or frame his appellate issues without the findings and conclusions or the record from the hearing on his bill of exceptions. Because the trial judge continues to serve on the district court, the error in this case is remediable. *See* Tex. R. App. P. 44.4.

We **GRANT** the joint motion, **ABATE** the appeal, and **ORDER** the trial court to file findings of fact and conclusions of law on or before **March 11, 2015.** Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **April 10, 2015**.

In addition, the trial court is directed to conduct a hearing on appellant's formal bill of exceptions. A supplemental clerk's record containing appellant's bill of exceptions and a reporter's record from the bill of exceptions hearing shall be filed with the clerk of this court on or before **April 10, 2015.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records ordered herein are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the

court may reinstate the appeal on its own motion. Appellant's brief shall be due thirty days after the appeal is reinstated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.